UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| FIRSTGROUP AMERICA, INC. | : | Case No. 10-cv-00225 |
| Plaintiff, | : | |
| v. | : | **STIPULATION OF DISMISSAL AND FINAL ENTRY DISMISSING ALL CLAIMS** |
| SERVICE FORCE USA, LLC | : | |
| Defendant. | : | |

Pursuant to Civ.R. 41(a)(1)(A)(ii), and in order to effectuate the settlement between the parties, Plaintiff/Counterclaim-Defendant FirstGroup America, Inc. and Defendant/Counterclaim-Plaintiff Service Force USA, LLC hereby stipulate and agree that all claims and counterclaims in this action are and shall be mutually dismissed with prejudice, each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: 7/28/11

_____
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Alan H. Abes
Alan H. Abes (Ohio Bar No. 0062423)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio 45202
Telephone: 513-977-8200
Fax: 513-977-8141
alan.abes@dinslaw.com

Trial Attorney for Plaintiff/Counterclaim-
 Defendant FirstGroup America, Inc.

/s/ Donald B. Hordes
Donald B. Hordes (Ohio Bar No. 0014212)
SCHWARTZ MANES RUBY & SLOVIN
2900 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-579-1414
dhordes@smrfirm.com

/s/ John F. Karl, Jr.
John F. Karl, Jr. (admitted *pro hac vice*)
MC DONALD & KARL
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
Telephone: 202-293-3200
Fax: 202-429-1851
jfklaw@igc.org

Trial Attorneys for Defendant/Counterclaim-
 Plaintiff Service Force USA, LLC